```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET PARTY INFORMATION FOR CASE A04-0140--CR (HRH)
                  "USA V ARTHUR LEON HOLLIS"
                  DEF 1.1 HOLLIS, ARTHUR LEON

       Including terminated defendants, excluding terminated counsel
```

```
    Presiding Judge:  The Honorable H. Russel Holland, U.S. District Judge
   Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
             Filed:  12/15/04
            Closed:  11/10/05
 No. of Defendants:  1
    MJ Case Number:  A04-0327--MJ
               AKA:
   Location status:  U.S. Custody
        Trial date:  08/08/05
        Terminated:  YES
  Needs interpreter: NO
  Counsel of record: Allen F. Vacura
                    Stepovich Law Office
                    543 2nd Avenue, Suite A
                    Fairbanks, AK 99701
                    907-452-6600
                    FAX 907-452-5205
                    Serve: YES
                     Type: Retained
                     Role: Pretrial/Trial


PLF 1.1 UNITED STATES OF AMERICA

Counsel of record: James A. Goeke
                   U.S. Attorney's Office
                   222 W. 7th Avenue, #9
                   Anchorage, AK 99513-7567
                   907-271-5071
                   Serve: YES
                    Type: Not specified
                    Role: Pretrial/Trial


Counts re: DEF 1.1 HOLLIS, ARTHUR LEON
```

| Document | Count | Citation and Description | Disposition |
|---|---|---|---|
| 1 - 1 IND | 1 | 21:841(a)(1), (b)(1)(A) DISTRIBUTION OF COCAINE BASE (F) | Terminated |
| 18 - 1 | 1-S | 21:841(a)(1) & (b)(1)(A) DISTRIBUTION OF COCAINE BASE (F) | Sentenced (109-1) |
| 18 - 1 | 2-S | 21:856(a)(1) & (b) MAINTAINING A DRUG INVOLVED PREMISES (F) | Sentenced (109-1) |
| 18 - 1 | 3-S | 21:856(a)(1) & (b) MAINTAINING A DRUG INVOLVED PREMISES (F) | Sentenced (109-1) |

```
                   UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                      CRIMINAL DOCKET ENTRIES FOR CASE A04-0140--CR (HRH)
                                   "USA V ARTHUR LEON HOLLIS"

                                        For all filing dates


   Presiding Judge:  The Honorable H. Russel Holland, U.S. District Judge
  Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
             Filed: 12/15/04
            Closed: 11/10/05
No. of Defendants: 1


 Document #   Filed      Docket text
 ──────────────────────────────────────────────────────────────────────────────────
 NOTE -   1   12/15/04   [Re: DEF 1] USM Notice of Arrest; defendant arrested 12/9/04 in A04-327
                         MJ (JDR).

     1 -   1   12/15/04   [Re: DEF 1] PLF 1 Indictment.

     2 -   1   12/15/04   [Re: DEF 1] JDR Grand Jury Minutes re no bail set; set for arr & notify
                          USM; def in custody.

     3 -   1   12/15/04   [Re: DEF 1] Documents #2 through #6 transferred from: A04-327 MJ (JDR).

     4 -   1   12/15/04   [Re: DEF 1] JDR Minute Order re det/prelim hrg prev set in A04-327 MJ
                          (JDR) RESET for Arr/Det hrg at 12/15/04 at 2:00 p.m. cc: USA, S.
                          Sterling, USM, USPO

     5 -   1   12/16/04   [Re: DEF 1] Clerk's Notice re case reassigned to Judge Sedwick. cc: USA,
                          S. Sterling, USM, USPO, MJ Roberts, Judge Singleton, Judge Sedwick.

     6 -   1   12/17/04   [Re: DEF 1] JDR Court Minutes [ECR: Caroline Edmiston] re Arr on
                          Indt/det hrg hld 12/15/04; def pled not guilty; def detained; PTM's due
                          12/30/04. cc: USA, S. Sterling, USM, USPO, Judge Sedwick

     7 -   1   12/17/04   [Re: DEF 1] JDR Order of Detention Pending Trial. cc: USA, S. Sterling,
                          USM, USPO

     8 -   1   12/17/04   [Re: DEF 1] JDR Order regarding preparation for trial re cnsl to meet &
                          confer by 12/17/04; PTM's due 12/30/04. cc: USA, S. Sterling

 NOTE -   2   12/20/04   Notation: Proposed Trial Date/Speedy Trial Act ddlns to USDJ.

     9 -   1   12/22/04   [Re: DEF 1] JWS Minute Order setting TBJ on 2/14/05 @ 9:00 a.m. & FPTC
                          for 2/14/05 @ 8:30 a.m.. cc: USA, S. Sterling, USM, USPO, MJ Roberts, JC

    10 -   1   12/28/04   [Re: DEF 1] PLF 1 Attorney Substitution of F. Russo (AUSA) for S.
                          Collins (AUSA).

    11 -   1   12/28/04   [Re: DEF 1] PLF 1 Discovery Conference Certificate.

    12 -   1   12/30/04   DEF 1 Unopposed motion on shortened time to ext PTM deadline w/att aff.

    13 -   1   01/07/05   DEF 1 motion to continue trial w/att memo & aff.

    14 -   1   01/07/05   DEF 1 motion (superseding) to extend motion deadline w/att memo & aff.

    15 -   1   01/24/05   [Re: DEF 1] JDR Minute Order granting unopposed motion on shortened time
                          to ext PTM deadline (12-1), motion (superseding) to extend motion
                          deadline (14-1); PTM's due 1/24/05. cc: USA, S. Sterling

    16 -   1   01/24/05   [Re: DEF 1] JWS Order granting motion to continue trial (13-1); 2/14/05
                          TBJ VACATED; PTC reset to 8:30 a.m. 4/4/05; TBJ to begin 9:00 a.m.
                          4/4/05.  cc: USA, S. Sterling, USM, PO, JC, MJ Roberts
```

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                   CRIMINAL DOCKET ENTRIES FOR CASE A04-0140--CR (HRH)
                             "USA V ARTHUR LEON HOLLIS"
```

|                        | For all filing dates |
|---|---|

| Document # | Filed | Docket text |
|---|---|---|
| 17 - 1 | 01/25/05 | [Re: DEF 1] PLF 1 Attorney Substitution of F. Russo (AUSA) for S. Collins (AUSA). |
| 18 - 1 | 02/16/05 | [Re: DEF 1] PLF 1 Superseding Indictment. |
| 19 - 1 | 02/16/05 | [Re: DEF 1] JDR Grand Jury Minutes re: no bail set; set for arr & notify USM; def in custody. |
| 20 - 1 | 02/16/05 | [Re: DEF 1] AHB Minute Order setting arr on SIndt before MJ Branson on 2/18/05 @ 3:00 p.m.. cc: USA, S. Sterling, USM, USPO, MJ Roberts, Judge Sedwick |
| 21 - 1 | 02/22/05 | [Re: DEF 1] AHB Court Minutes [ECR: Linda Christensen] re Arr on SI (held 2/18/05); def plead NG; PTM's due 2/25/05 at to new cts only; Suppl Ord Re Prep for Trial FLD; trial date set for 4/4/05; evid hrg set for 3/7/05 at 10:00 am before MJ Roberts.  cc:  USA, S. Sterling, USM, USPO, JC, Judge Sedwick, MJ Roberts |
| 22 - 1 | 02/22/05 | [Re: DEF 1] AHB Supplemental Order regarding preparation for trial re new cts only;  meet/confer date set for 2/18/05; PTMs due 2/25/05.  cc: USA, S. Sterling |
| 23 - 1 | 02/23/05 | [Re: DEF 1] PLF 1 Discovery Conference Certificate. |
| 24 - 1 | 02/25/05 | DEF 1 motion to suppress all evidence & statements re: superseding indictment w/att memo. |
| 25 - 1 | 03/03/05 | {SEALED} |
| 26 - 1 | 03/04/05 | {SEALED} |
| 27 - 1 | 03/04/05 | PLF 1 opposition to DEF 1 motion to suppress all evidence & statements re: superseding indictment (24-1) w/att exhs. |
| 28 - 1 | 03/07/05 | {SEALED} |
| 29 - 1 | 03/07/05 | [Re: DEF 1] JDR Court Minutes [ECR: Linda Christensen] re Evid Hrg on Mot to Suppress (Doc #24) (held 3/7/05); evid hrg cont'd to 3/15/05 at 10:00 am; def det cont'd.  cc:  USA, S. Sterling, USM, USPO, CJA Clk, Judge Sedwick |
| 30 - 1 | 03/11/05 | [Re: DEF 1] CJA appointment of Lance Wells. |
| 31 - 1 | 03/14/05 | DEF 1 Attorney Appearance of L. Wells. |
| 32 - 1 | 03/14/05 | DEF 1 Unopposed motion on shortened time to continue evidentiary hearing for 1 week w/att aff. |
| 32 - 2 | 03/14/05 | DEF 1 Unopposed motion on shortened time to continue trial for a period of 30 days w/att aff. |
| 33 - 1 | 03/15/05 | [Re: DEF 1] JDR Court Minutes [ECR: Elisa Singleton] re Hearing on Def's Unopposed Mot to Cont Evid Hrg (held 3/15/05); Mot ot Continue Granted; evid hrg set for 3/15/05 at 10:00 am vacated; Status conf set for 3/18/05 at 1:15 pm; MJ Roberts to appear telephonically from Fbx.  cc: USA, L. Wells, USM |

```
                  UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                     CRIMINAL DOCKET ENTRIES FOR CASE A04-0140--CR (HRH)
                                "USA V ARTHUR LEON HOLLIS"

                                      For all filing dates


Document #    Filed       Docket text

  34 -   1   03/17/05    [Re: DEF 1] JWS Minute Order granting unoppo mot on shortened time to
                         continue trial (32-2); 4/4/05 FPTC & TBJ reset to 4/25/05 @ 8:30 a.m. &
                         9:00 a.m., respectively; crt found excludable delay under 18:3161(H)(8).
                         cc: USA, L. Wells, USM, USPO, MJ Roberts, JC

  35 -   1   03/18/05    [Re: DEF 1] JDR Court Minutes re status conf hld 3/18/05; def's brief re
                         the mot to suppress due 3/23/05; pltf's response due 3/25/05; any
                         request for an evident hrg to be sepearte from brief & is due 3/23/05;
                         def's det cont. cc: USA, L. Wells

  36 -   1   03/23/05    DEF 1 motion (ex parte) on shortened time for withdrawal of counsel
                         w/att aff.

  37 -   1   03/23/05    DEF 1 motion on shortened time for enlargement of time to file aff of
                         def in regard to standing issue raised re prev fld mot to suppress w/att
                         aff.

  38 -   1   03/23/05    [Re: DEF 1] JDR Minute Order re ex parte hrg re ex parte mot to w/d
                         (36-1) set for 3/24/05 at 9:30 a.m. cc: L. Wells, USM

  39 -   1   03/25/05    {SEALED}

  40 -   1   03/25/05    DEF 1 Affidavit of Arthur L. Hollis re: DEF 1 motion to suppress all
                         evidence & statements re: superseding indictment (24-1).

  41 -   1   03/29/05    [Re: DEF 1] PLF 1 Supplemental opposition re: DEF 1 motion to suppress
                         all evidence & statements re: superseding indictment (24-1).

  42 -   1   04/05/05    DEF 1 motion regarding the defense right to introduce other suspect
                         evidence w/att memo.

  43 -   1   04/05/05    DEF 1 motion for pre-trial order that evidence of the
                         shoddiness/bias/bad-faith of the police investigation is admissable
                         w/att memo.

  44 -   1   04/05/05    DEF 1 motion to preclude premature & improper bolstering w/att memo.

  45 -   1   04/06/05    DEF 1 Unopposed motion on shortened time to continue trial for 1 week
                         w/att aff.

  46 -   1   04/07/05    [Re: DEF 1] JWS Order granting unoppo mot on shortened time to continue
                         trial for 1 week (45-1); FPTC & TBJ reset to 5/2/05 @ 8:30 a.m. & 9:00
                         a.m., respectively (excludable delay from 4/26/05 t0 5/2/05 under T
                         code). cc: USA, L. Wells, USM, USPO, MJ Roberts, JC

  47 -   1   04/08/05    [Re: DEF 1] JDR Minute Order the motins at dkt 42, 43 & 44 are deemed
                         timely filed.  Government is directed to file a response(s) to the
                         motions at dkt 42,43 & 44 by the COB 4/13/05.  Clerk to give immeidate
                         notification.  cc: AUSA, L. Well

  48 -   1   04/08/05    [Re: DEF 1] PLF 1 Attorney Substitution of J. Goeke (AUSA).

  49 -   1   04/08/05    [Re: DEF 1] PLF 1 Notice of intent to seek enhanced statutory penalties
                         pursuant to 21:851 w/att exhs.

  50 -   1   04/13/05    PLF 1 opposition to DEF 1 motion regarding the defense right to
                         introduce other suspect evidence (42-1), DEF 1 motion for pre-trial
```

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                       CRIMINAL DOCKET ENTRIES FOR CASE A04-0140--CR (HRH)
                                  "USA V ARTHUR LEON HOLLIS"

                                         For all filing dates
```

| Document # | Filed | Docket text |
|---|---|---|
| | | order that evidence of the shoddiness/bias/bad-faith of the police investigation is admissable (43-1), DEF 1 motion to preclude premature & improper bolstering (44-1). |
| 51 - 1 | 04/15/05 | Initial R&R court recommends DEF 1 motion to suppress all evidence & statements re: superseding indictment should be denied. (24-1). Objections due 04/21/05. Reply due 04/27/05. cc: AUSA, L. Wells, Judge Sedwick |
| 52 - 1 | 04/15/05 | [Re: DEF 1] JDR Order denying w/o prej mot re: the defense right to introduce other suspect evidence (42-1), mot for pre-trial ord that evidence of the shoddiness/bias/bad-faith of (43-1), mot to preclude premature & improper bolstering (44-1). cc: USA, L. Wells, Judge Sedwick |
| 53 - 1 | 04/21/05 | DEF 1 motion on shortened time for 1 day ext of time to file objections to R&R w/att aff. |
| 54 - 1 | 04/22/05 | [Re: DEF 1] AHB Order granting motion on shortened time for 1 day ext of time to file objections to R&R (53-1). cc: AUSA, L. Wells |
| 55 - 1 | 04/22/05 | DEF 1 objection to R&R re: DEF 1 motion to suppress all evidence & statements re: superseding indictment (24-1). |
| 56 - 1 | 04/22/05 | {SEALED} |
| 56 - 2 | 04/25/05 | {SEALED} |
| 57 - 1 | 04/25/05 | [Re: DEF 1] PLF 1 Trial Memorandum. |
| 58 - 1 | 04/25/05 | [Re: DEF 1] PLF 1 Proposed Voir Dire Questions. |
| 59 - 1 | 04/25/05 | [Re: DEF 1] PLF 1 Proposed Jury Instructions. |
| 60 - 1 | 04/26/05 | DEF 1 Unopposed motion on shortened time to continue 5/2/05 trial w/att aff. |
| 61 - 1 | 04/27/05 | JWS Minute Order granting/denying unoppo mot on shortened time to continue 5/2/05 trial (60-1); 5/2/05 FPTC & TBJ cont to 5/5/05 @ 8:30 a.m. & 9:00 a.m., respectively; crt found excludable delay under 18 USC 3161(h)(8). cc: USA, L. Wells, USM, USPO, MJ Roberts, JC |
| 62 - 1 | 04/28/05 | DEF 1 motion to continue trial w/att aff. |
| 63 - 1 | 04/29/05 | [Re: DEF 1] JWS Minute Order granting motion to continue trial (62-1); 5/5/05 FPTC & TBJ vacated; trial setting conf set 5/5/05 @ 8:30 a.m.. cc: USA, L. Wells, USM, USPO, MJ Roberts, JC |
| 64 - 1 | 05/02/05 | Final R&R re: DEF 1 motion to suppress all evidence & statements re: superseding indictment (24-1); MJ declines to modify recommendation. cc: USA, L. Wells, Judge Sedwick |
| 65 - 1 | 05/02/05 | DEF 1 Trial Brief. |
| 66 - 1 | 05/02/05 | DEF 1 Proposed Voir Dire. |
| 67 - 1 | 05/02/05 | DEF 1 Proposed Jury Instructions. |
| 68 - 1 | 05/03/05 | {SEALED} |

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                       CRIMINAL DOCKET ENTRIES FOR CASE A04-0140--CR (HRH)
                                  "USA V ARTHUR LEON HOLLIS"
```

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 69 - 1 | 05/03/05 | {SEALED} |
| 70 - 1 | 05/05/05 | {SEALED} |
| 71 - 1 | 05/05/05 | [Re: DEF 1] JWS Court Minutes [ECR: Elisa Singleton] re Trial Setting Conference (held 5/5/05); matter vacated; Lance Wells released from matter upon appointment of new CJA counsel; matter referred to another distict judge; off record matter reassigned Judge James K. Singleton; all future pleadings to use case number A04-0140-CR (JKS).  cc: USA, L. Wells, FPD, USM, USPO, Judge Singleton |
| 72 - 1 | 05/05/05 | {SEALED} |
| 72 - 2 | 05/09/05 | {SEALED} |
| 73 - 1 | 05/09/05 | [Re: DEF 1] CJA appointment of R. Butler. |
| 74 - 1 | 05/10/05 | [Re: DEF 1] JKS Order denying motion to suppress all evidence & statements re: superseding indictment (24-1). cc: USA, R. Butler, Judge Roberts |
| 75 - 1 | 05/11/05 | DEF 1 Attorney Appearance of R. Butler. |
| 76 - 1 | 05/16/05 | [Re: DEF 1] JKS Minute Order re trial setting conf set for 5/23/05 at 9:30 a.m. cc: USA, R.Butler, USM, USPO, MJ Roberts |
| 77 - 1 | 05/23/05 | [Re: DEF 1] JKS Court Minutes [ECR: Elisa Singleton] RE Trial Setting Conference; TBJ set for 8/2/05 at 9:00 am; FPTC set for 8/1/05 at 2:30 pm; excludable delay found under 18 USC section 3161(h)(B)(iv), reasonable time to prepare.  cc: USA, R. Butler, USM, USPO |
| 78 - 1 | 06/09/05 | [Re: DEF 1] JKS Minute Order by agreement of the judges, case is reassigned to Judge Holland. cc: USA, R. Butler, USM, USPO, MJ Roberts, Judge Holland, JC |
| 79 - 1 | 06/10/05 | [Re: DEF 1] HRH Order that 8/1/05 FPTC vacated; TBJ reset for 8/1/05 @ 9:00 a.m.; any PCOP hrg to be set NLT than afternoon of 7/28/05.  cc: AUSA, R. Butler, USM, USPO, MJ Roberts, JC |
| 80 - 1 | 06/15/05 | {SEALED} |
| 81 - 1 | 06/16/05 | {SEALED} |
| 82 - 1 | 07/22/05 | {SEALED} |
| 83 - 1 | 07/25/05 | {SEALED} |
| 84 - 1 | 07/27/05 | DEF 1 Unopposed motion on shortened time for continuance of trial set 8/2/05 w/att aff. |
| 85 - 1 | 07/28/05 | [Re: DEF 1] HRH Minute Order setting hrg on unoppo mot to continue trial on 7/29/05 @ 1:30 p.m.. cc: USA, R. Butler, USM, USPO |
| 86 - 1 | 07/28/05 | [Re: DEF 1] PLF 1 Unopposed motion on shortened time to correct a clerical error in the superseding indictment. |

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CRIMINAL DOCKET ENTRIES FOR CASE A04-0140--CR (HRH)
                              "USA V ARTHUR LEON HOLLIS"

                                  For all filing dates


Document #    Filed       Docket text

   87  -  1   07/29/05    [Re: DEF 1] HRH Court Minutes [ECR: Caroline Edmiston] RE: Hearing on
                          defendant's Unopposed Motion on Shortened Time for Continuance of Trial
                          (DKT 84)(Held 07/29/05) granting Unopposed motion on shortened time for
                          continuance of trial set 8/2/05 (84-1), granting Unopposed motion on
                          shortened time to correct a clerical error in the (86-1); Court found
                          excludable delay under 18 U.S.C. Section 3161 (h)(1)(H) Transportation
                          from another district or to/from examination or hospitilization in ten
                          days or less and (h)(8)(B)(iv) Continuance granted in order to obtain
                          counsel, substitute counsel, or give reasonable time to prepare; TBJ set
                          08/01/05 at 9:00 a.m. Vacated; TBJ set for 08/08/05 at 9:00 a.m.;
                          defendant's detention continued. CC: USA, R. Butler, USM, USPO, MJ
                          Roberts, Jury Clerk.

   88  -  1   08/05/05    [Re: DEF 1] HRH Minute Order setting FPTC on 8/5/05 @ 3:00 p.m.. cc:
                          USA, R. Butler, USM, USPO

   89  -  1   08/05/05    [Re: DEF 1] HRH Court Minutes [ECR: April Karper] re FPTC (held 8/5/05);
                          def's Unopposed Mot on Shortened Time Mot for Continuance of Trial
                          Schedule for August 8, 2005 DENIED; cc: USA, R. Butler, USM, USPO, MJ
                          Roberts.

   90  -  1   08/05/05    DEF 1 Unopposed motion on shortened time for continuance of trial.

   91  -  1   08/09/05    [Re: DEF 1] HRH Court Minutes [ECR: April Karper] re TBJ Day 1 (held
                          8/8/05); TBJ cont to 8/9/05 at 9:00 a.m.; cc: USA, R. Butler, USM, USPO.

   92  -  1   08/10/05    [Re: DEF 1] HRH Court Minutes [ECR: April Karper/Caroline Edmiston] re:
                          2nd day TBJ (held 08/09/05); TBJ continued to 08/10/05 at 9:00 a.m.

   93  -  1   08/11/05    {SEALED}

   94  -  1   08/11/05    [Re: DEF 1] HRH Court Minutes [ECR: April Karper/Caroline Edmiston] re
                          TBJ - 4TH DAY (held 8/11/05); def guilty on cts 1, 2, and 3 of the First
                          SIndt; IOS set for 10/27/05 at 9:00 a.m.; def det cont; w/att list of
                          wit, list of exh, and original jury notes; cc: USA, R. Butler, USM,
                          USPO, MJ Roberts.

   95  -  1   08/11/05    [Re: DEF 1] Jury Instructions.

   96  -  1   08/11/05    [Re: DEF 1] Verdict. Guilty as to ct 1 of the First SIndt.

   97  -  1   08/11/05    [Re: DEF 1] Verdict. Guilty as to ct 2 of the First SIndt.

   98  -  1   08/11/05    [Re: DEF 1] Verdict. Guilty as to ct 3 of the First SIndt.

   99  -  1   10/06/05    DEF 1 Unopposed motion for substitution of counsel & continuance of
                          sentencing & pertinent dates.

  100  -  1   10/07/05    [Re: DEF 1] HRH Order granting unoppo mot for substitution of cnsl &
                          continuance of sentencing (99-1); objs to draft presentence rpt due
                          10/19/05; final presentence rpt due 1026/05; IOS reset to 11/9/05 @ 9:00
                          a.m.. cc: USA, R. Butler, A. Vacura, USM, USPO, CJA Clk

  101  -  1   10/24/05    DEF 1 Objections to presentence investigation rpt and sentencing memo.

  102  -  1   11/02/05    [Re: DEF 1] PLF 1 Sentencing Memorandum.
```

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                  CRIMINAL DOCKET ENTRIES FOR CASE A04-0140--CR (HRH)
                            "USA V ARTHUR LEON HOLLIS"

                                 For all filing dates


Document #    Filed       Docket text

   103 -  1   11/02/05   DEF 1 Errata to obj to presentence rpt w/att signature page.

   104 -  1   11/03/05   [Re: DEF 1] HRH Minute Order that govt hand deliver or serve by fax &
                         file w/crt suppl IOS memo by noon on 11/7/05; def may submit suppl IOS
                         memo by noon on 11/8/05. cc: USA, A. Vacura, USPO

   105 -  1   11/07/05   DEF 1 Revised Objections to the Presentence Investigation Report.

   106 -  1   11/07/05   [Re: DEF 1] PLF 1 Supplemental Sentencing Memorandum w/att exhs.

   107 -  1   11/08/05   DEF 1 Reply Memorandum.

   108 -  1   11/09/05   [Re: DEF 1] HRH Court Minutes [ECR: April Karper] re IOS (held 11/9/05);
                         sent imposed as stated in the judg; crt directed clk to include the crts
                         sent remarks in the trans, copy of trans to be attached to the Statement
                         of Reasons.

   109 -  1   11/10/05   [Re: DEF 1] HRH Judgment found guilty on count(s) 1S,2S,3S of document
                         (18-1).  Imprisonment for a term of 240 months.  Def remanded to the
                         custody of the USM.  SR 10 years w/standard & special conditions.  SA
                         $300.00.  cc: AUSA, A. VACURA, USM, USPO, MJ ROBERTS, DEF W/CNSL CY,
                         FINANCE, FLU

   109A-  1   11/22/05   DEF 1 appeal to 9CCA of (109-1) filed 11/10/05. cc: USA, A. Vacura,
                         Judge Holland, 9CCA

   110 -  1   11/28/05   {SEALED}

   111 -  1   11/28/05   {SEALED}

   110 -  2   11/29/05   {SEALED}

   111 -  2   11/29/05   {SEALED}

   112 -  1   11/29/05   [Re: DEF 1] Cy 9CCA Time Schedule Order. (109A-1) cc: USA, A. Vacura,
                         9CCA (Original), ECR

   113 -  1   11/29/05   [Re: DEF 1] Partial Transcript re: Imposition of Sentence held 11/9/05.
```