UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

TRANSCRIPT DESIGNATION FORM

RECEIVED MAR 13 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

Pay to the Order of Treasurer of the United States
Clerk, U.S. District Court
MAR 13 2006
Symbol No. 4606   Deposit No. _____

U.S. Court of Appeals # 05-30611   U.S. District Court # 3:04cr00140
Short Case Title USA v. Hollis
Date Notice of Appeal Filed by Clerk of District Court 11/22/2005

**Section A - To Be completed by Party Ordering Transcript**

| HEARING DATE | COURT REPORTER | | PROCEEDINGS |
|---|---|---|---|
| | | | VOIR DIRE |
| | | | OPENING STATEMENTS |
| | | | SETTLEMENT INSTRUCTIONS |
| 08/11/05 | April Karper / Caroline Edmiston | All testimony | CLOSING ARGUMENTS |
| | | | JURY INSTRUCTIONS |
| 03/07/2005 | Linda Christensen | Suppression | PRE-TRIAL PROCEEDINGS |
| 11/09/2005 | April Karper | Sentencing | OTHER |

(Attach Additional Page for Designations if Necessary)

(X) As retained counsel I have designated the portion(s) of transcript(s) and will notify all counsel of this intention. As retained counsel (or litigant proceeding in pro per), I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order. *I have attached a completed AO-435, Transcript Order Form, to this designation for purposes of ordering the transcript(s).*

( ) I have designated the portion(s) of transcript(s) and will notify all counsel of this intention. The transcripts have previously been produced and are already on file with the court.

( ) I do not intend to designate any portion of the transcript and will notify counsel of this intention.

( ) As appointed counsel I certify that an appropriate order, i.e., CJA-24, authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof will be, obtained and delivered to the Court. I agree to recommend payment for work done prior to cancellation of this order.

Date Transcript Ordered 2/28/06   Estimated Date for Completion _____
Signature of Attorney /s/ _____   Phone Number _____
Address Robinson & Brandt, 11331 Grooms Road, Ste. 3000, Cincinnati, OH 45242

**Section B - To Be Completed by Court Reporter**

I, _____, have received this designation.
   (Signature of Court Reporter)

(X) Arrangements for payment were made on 3/9/06
( ) Arrangements for payment have not been made pursuant to FRAP 10(b).
   Approximate Number of Pages _____   Due Date _____

**Section C - To Be Completed by Court Reporter**

   Date Transcript Filed _____   Court Reporter's Signature _____

(Trscrpt.des)

USDCA - Form 46 (revised 10/04)

AO 435 (Rev. 1/90)

Administrative Office of the United States Courts

# TRANSCRIPT ORDER

Read Instructions on Back:

FOR COURT USE ONLY
DUE DATE:

1. NAME: Matthew Robinson
2. PHONE NUMBER: 513-381-8033
3. DATE: 02/28/2010
4. MAILING ADDRESS: 11331 Grooms Road, Ste. 3000
5. CITY: Cincinnati
6. STATE: OH
7. ZIP CODE: 45242
8. CASE NUMBER: 3:04-cr-00140
9. JUDICIAL OFFICIAL: H. Russel Holland

DATES OF PROCEEDINGS
10. FROM: 03/07/2005
11. TO: 11/09/2005

12. CASE NAME: USA v. Hollis

LOCATION OF PROCEEDINGS
13. CITY: Anchorage
14. STATE: Alaska

15. ORDER FOR:
[X] APPEAL
[ ] NON-APPEAL
[X] CRIMINAL
[ ] CIVIL
[ ] CRIMINAL JUSTICE ACT
[ ] IN FORMA PAUPERIS
[ ] BANKRUPTCY
[ ] OTHER (Specify)

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [X] TESTIMONY (Specify Witness) All testimony | 08/09/2005 - 08/11/2005 |
| [ ] OPENING STATEMENT (Plaintiff) | | | |
| [ ] OPENING STATEMENT (Defendant) | | | |
| [X] CLOSING ARGUMENT (Plaintiff) | 08/11/2005 | [X] PRE-TRIAL PROCEEDING (Spcy) Suppression Hearing | 03/07/2005 |
| [X] CLOSING ARGUMENT (Defendant) | 08/11/2005 | | |
| [ ] OPINION OF COURT | | | |
| [ ] JURY INSTRUCTIONS | | [ ] OTHER (Specify) | |
| [X] SENTENCING | 11/09/2005 | | |
| [ ] BAIL HEARING | | | |

## 17. ORDER

| CATEGORY | ORIGINAL (Includes Free Copy for the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | [X] | [ ] | NO. OF COPIES | | |
| EXPEDITED | [ ] | [ ] | NO. OF COPIES | | |
| DAILY | [ ] | [ ] | NO. OF COPIES | | |
| HOURLY | [ ] | [ ] | NO. OF COPIES | | |

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges (deposit plus additional).

18. SIGNATURE: [signed]
19. DATE: February 28, 2010

ESTIMATE TOTAL:
PROCESSED BY:
PHONE NUMBER:

TRANSCRIPT TO BE PREPARED BY:
COURT ADDRESS:

| | DATE | BY |
|---|---|---|
| ORDER RECEIVED | | |
| DEPOSIT PAID | | |
| TRANSCRIPT ORDERED | | |
| TRANSCRIPT RECEIVED | | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | |
| PARTY RECEIVED TRANSCRIPT | | |

DEPOSIT PAID:
TOTAL CHARGES:
LESS DEPOSIT:
TOTAL REFUNDED:
TOTAL DUE:

(Previous editions of this form may still be used)
DISTRIBUTION:   COURT COPY   TRANSCRIPTION COPY   ORDER RECEIPT   ORDER COPY