Matthew M. Robinson
Robinson & Brandt, PSC.
11331 Grooms Rd., Suite 3000
Cincinnati, OH 45242
KY Bar No. 88750
DOB: June 3, 1969
SSN: 3834

| | |
|---|---|
| Kentucky Supreme Court | Admitted May 1, 2001 |
| United States Supreme Court | Admitted January 10, 2005 |

**United States Circuit Courts of Appeals**

| | |
|---|---|
| United States Court of Appeals for the First Circuit | Admitted October 31, 2002 |
| United States Court of Appeals for the Second Circuit | Admitted August 22, 2001 |
| United States Court of Appeals for the Third Circuit | Admitted May 13, 2003 |
| United States Court of Appeals for the Fourth Circuit | September 16, 2004 |
| United States Court of Appeals for the Fifth Circuit | Admitted January 8, 2002 |
| United States Court of Appeals for the Sixth Circuit | Admitted May 23, 2001 |
| United States Court of Appeals for the Seventh Circuit | Admitted November 29, 2001 |
| United States Court of Appeals for the Eighth Circuit | Admitted      2005 |
| United States Court of Appeals for the Ninth Circuit | Admitted      2006 |
| United States Court of Appeals for the Tenth Circuit | Admitted July 16, 2003 |
| United States Court of Appeals for the Eleventh Circuit | Admitted July 17, 2001 |

**District Courts:**

| | |
|---|---|
| Southern District of Illinois | Admitted January 7, 2006 |
| Eastern District of Kentucky | Admitted June 4, 2001 |
| Western District of Kentucky | Admitted April 22, 2002 |

| | |
|---|---|
| Western District of Michigan | Admitted July 25, 2005 |
| Eastern District of Michigan | Admitted December 10, 2005 |
| District of Nebraska | Admitted January 27, 2004 |