# KENTUCKY BAR ASSOCIATION
### 514 WEST MAIN STREET
### FRANKFORT, KENTUCKY 40601-1883
### (502) 564-3795
### FAX (502) 564-3225

**OFFICERS**
R. Kent Westberry
*President*

David B. Sloan
*President-Elect*

Robert C. Ewald
*Vice President*

John W. Stevenson
*Past President*

**HOUSE OF DELEGATES**
Linda McCubbin Hopgood
*Chair*

John H. Callis, III
*Chair-Elect*

**YOUNG LAWYERS**
David B. Barber
*Chair*

**EXECUTIVE DIRECTOR**
Bruce K. Davis

**BOARD OF GOVERNORS**
Barbara D. Bonar
Donald H. Combs
Jane Winkler Dyche
Charles E. English, Jr.
Margo L. Grubbs
Shelby C. Kinkead, Jr.
R. Scott Madden
Douglas L. McSwain
Charles E. Moore
Michael J. O'Connell
John M. Rosenberg
Joseph L. White
Mark C. Whitlow
C. A. Woodall, III



### THIS IS TO CERTIFY THAT

### *MATTHEW MCGAVOCK ROBINSON*
*Robinson and Brandt PSC*
*29 Rob Roy Avenue*
*Fort Thomas, Kentucky 41075*

Membership No. **88750**

*is an active member in good standing with the Kentucky Bar Association as required by the Rules of the Supreme Court of Kentucky. Dated this 3rd day of June, 2005.*



By: _____
Bruce K. Davis, *Registrar*