RECEIVED

MAR 2 3 2006

CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff-Appellee, | * | District Court No. 3:04-cr-00140-HRH |
| v. | * | |
| ARTHUR LEON HOLLIS, | * | |
| Defendant-Appellant. | * | |

### MEMORANDUM IN SUPPORT OF REQUEST OF NON-RESIDENT ATTORNEY TO APPEAR *PRO HAC VICE* AND WITHOUT ASSOCIATION OF LOCAL COUNSEL

COMES NOW, Arthur Hollis, in support of his request to permit current counsel, Matthew M. Robinson, to appear *pro hac vice* in this case and without the association of local counsel.

As an initial matter, attorney Robinson represents Hollis in the Ninth Circuit Court of Appeals, Appeal No. 05-30611. That case involves the appeal of Hollis' conviction and sentence he sustained in the instant case. In attempting to perfect the opening brief, attorney Robinson has ordered and paid for documents and transcripts related to the trial and hearings that occurred in this Court.

Unfortunately, the District Court Clerks Office has informed attorney Robinson that many of the transcripts requested are under seal and that no individual, not even appellate counsel, may have access to those sealed portions of the record without an Order from this Court.

Attorney Robinson is not licensed in Alaska and is not a member of this Court and Hollis does not have the funds to retain local counsel. Therefore, Robinson needs to enter and appearance *pro hac vice* and without local counsel so that a motion to unseal the record for appellate counsel can be filed.

WHEREFORE, Hollis respectfully requests that this Court grant his request and permit Matthew M. Robinson to appear *pro hac vice*, and without local counsel.

Respectfully submitted,

Date: 3/22/06

Matthew M. Robinson, Esq.
Robinson & Brandt, P.S.C.
11331 Grooms Road
Suite 3000
Cincinnati, Ohio 45242
(513) 381-8033 voice
(513) 381-8043 facsimile
mrobinson@robinsonbrandt.com

## CERTIFICATE OF SERVICE

I certify that a true and accurate copy of the foregoing motion for stipulated substitution of counsel was served this 22nd day of March 2006 by regular U.S. mail with sufficient postage affixed to James A. Goeke, Esq., Office of the U.S. Attorney, 222 W. 7th Avenue, Anchorage, AK 99513.

Matthew M. Robinson, Esq.