RECEIVED

MAR 2 3 2006

CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff-Appellee, | * | District Court No. 3:04-cr-00140-HRH |
| v. | * | |
| ARTHUR LEON HOLLIS, | * | |
| Defendant-Appellant. | * | |

**MOTION TO UNSEAL RECORD, OR PERMIT APPELLATE COUNSEL
ACCESS TO SEALED PORTIONS OF THE RECORD**

COMES NOW, Arthur Hollis, hereby requests that the Court unseal all sealed transcripts and documents relating to Hollis' suppression hearing and trial, or permit Appellate Counsel access to all transcripts and documents related to the suppression hearing and trial in this case. In support, Hollis states as follows:

(1)   Hollis is currently appealing his conviction and sentence from the instant case to the Ninth Circuit Court of Appeals, Appeal No. 05-30611. In attempting to perfect the opening brief, attorney Robinson has ordered and paid for documents and transcripts related to the trial and hearings that occurred in this Court.

(2)   Unfortunately, the District Court Clerks Office has informed attorney Robinson that many of the transcripts requested are under seal and that no individual, not even appellate counsel, may have access to those sealed portions of the record without an Order from this Court.

(3)   Specifically, for reasons unknown to current counsel, the suppression hearing transcript and the transcript from day one of the trial have been sealed.

(4)   Appellate counsel requires these transcripts in order to perfect Hollis' direct appeal.

SCANNED

Without these transcripts, Hollis will be denied a meaningful appeal and justice will have been thwarted.

WHEREFORE, Hollis respectfully requests that this Court either unseal all sealed transcripts and documents relating to Hollis' suppression hearing and trial, or permit appellate counsel to have access to all sealed transcripts and documents relating to Hollis' suppression hearing and trial.

Date: 3/22/06

Respectfully submitted,

Matthew M. Robinson, Esq.
Robinson & Brandt, P.S.C.
11331 Grooms Road
Suite 3000
Cincinnati, Ohio 45242
(513) 381-8033 voice
(513) 381-8043 facsimile
mrobinson@robinsonbrandt.com

## CERTIFICATE OF SERVICE

I certify that a true and accurate copy of the foregoing motion for stipulated substitution of counsel was served this 22nd day of March 2006 by regular U.S. mail with sufficient postage affixed to James A. Goeke, Esq., Office of the U.S. Attorney, 222 W. 7th Avenue, Anchorage, AK 99513.

Matthew M. Robinson, Esq.