**MINUTES OF THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

<u>UNITED STATES OF AMERICA</u>         v.   <u>ARTHUR L. HOLLIS</u>

THE HONORABLE H. RUSSEL HOLLAND      CASE NO.   <u>3:04cr0140-HRH</u>

<u>Deputy Clerk</u>                      <u>Official Recorder</u>

APPEARANCES:    for PLAINTIFF:   ----

                for DEFENDANT:   ----

PROCEEDINGS:    **ORDER FROM CHAMBERS**

---

  The court has received and reviewed the motion and application of non-resident attorney, Matthew M. Robinson, for permission to appear and participate in the United States District Court for the District of Alaska (Clerk's Docket No. 115) and the memorandum in support thereof (Clerk's Docket No. 116).  The motion is granted.

  The court is also in receipt of appellate counsel's motion to unseal all sealed transcripts and documents relating to Hollis' suppression hearing and trial or permit appellate counsel access to sealed portions of the record (Clerk's Docket No. 117).  The motion to unseal is also granted.

- 1 -