```
UNITED STATES
DISTRICT COURT
   District of Alaska
   Anchorage Division

# 00128102 - PS
  April 21, 2006


Code    Case #    Qty      Amount

6855XX-N 04-140            150.00 CK


TOTAL→           150.00


FROM: ROBINSON & BRANDT, P.S.C FOR
      MATTHEW M. ROBINSON
      NON-RESIDENT ATTORNEY
      3:04-CR-00140 HRH
```