UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
RECORD TRANSMITTAL FORM

Date: 3/15/07

To:                                                    ATTN: () CIVIL

                                                                 () CRIMINAL

From: U.S. District Court
        District of Alaska
        222 W. 7th Ave., Rm 229
        Anchorage, AK  99513


DC No: 3:04-cr-00140-HRH            Appeal No: 05-30611

Short title: USA v HOLLIS

Composition of Record

Clerk's Files in _____ volumes    () original    () certified copy

    Bulky docs. _____ volumes, docket # _____
                                (folders)

Reporter's  in ___5___ volumes   (XXX) original     () certified copy
Transcripts

Exhibits:   in _____ envelopes  () under seal

          in _____ boxes      () under seal

Other: Dkt #s 121, 122, 123, 125 & **127 (UNDER SEAL)**

(please note any documents filed under seal)


Acknowledgement: _____   Date: _____
"record.app" [11/21/97]