**FILED**

NOT FOR PUBLICATION

**JUN 20 2007**

UNITED STATES COURT OF APPEALS

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff-Appellee,<br><br>  v.<br><br>ARTHUR L. HOLLIS,<br><br>      Defendant-Appellant. | No. 05-30611<br><br>D.C. No. CR-04-00140-HRH<br><br>ORDER |

BEFORE:   B. FLETCHER and MCKEOWN, Circuit Judges, and
SCHWARZER,* District Judge

The motion of the government to replace the references to the named witness with references to "cooperating witness" is granted. The opinion heretofore filed is amended and as amended is being filed herewith.

---

* The Honorable William W Schwarzer, Senior United States District Judge for the Northern District of California, sitting by designation.

```
                                                                          i
INTERNAL USE ONLY: Proceedings include all events.
05-30611 USA v. Hollis

UNITED STATES OF AMERICA          James A. Goeke, Esq.
     Plaintiff - Appellee         FAX
                                  907/271-5071
                                  [COR LD NTC aus]
                                  Jo Ann Farrington, Esq.
                                  FAX 907/271-1500
                                  907/271-5071
                                  Rm. 253
                                  [COR LD NTC aus]
                                  USAK - OFFICE OF THE U.S.
                                  ATTORNEY
                                  Federal Bldg. & U.S. Courthouse
                                  222 W. Seventh Ave.
                                  Anchorage, AK 99513-7567

  v.

ARTHUR L. HOLLIS                  Matthew M. Robinson, Esq.
     Defendant - Appellant        FAX 513/381-8043
                                  513/381-8033
                                  Suite 3000
                                  [COR LD NTC ret]
                                  ROBINSON & BRANDT, PSC
                                  11331 Grooms Road
                                  Cincinnati, OH 45242
```