Arthur Hollis
3901 Klein Blvd.
Lompoc California, 93436



IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **REQUEST FOR WITNESS WRITTEN AND/OR RECORDED PRE-TRIAL STATEMENTS IN ACCORDANCE WITH 18 USCS § 3500 (b)** |
| Plaintiff, | ) | |
| v. | ) | Case No. A04-0140 CR (HRH) |
| ARTHUR L. HOLLIS, | ) | |
| Defendant. | ) | |

    The pro se Defendant Arthur Hollis request that the prosecution, given the fact that the Prosecution's Witness [Shelby Ward] has already testified in the above captioned case, deliver any and all statements by said witness (in the possession of the United States) that relates to the subject matter as to which the witness has testified. And, that the entire content of such statements be delivered directly to the Defendant Hollis for his examination. See <u>Brady v. Maryland</u>, 373 U.S., 83, 83 S.Ct. 1194 (1963); <u>Jencks v. United States</u>, 353 U.S. 657, 77 S.Ct. 1007 (1957); and Jencks Act, 18 USCa § 3500.

    DATED this 12, day of July, 2007.

                                                                                   Arthur Hollis
                                                                                    Pro se

Arthur Hollis, #15060-006
3901 Klein Blvd.
Lompoc, California 93436
United States Penitentiary

Clerk of Court
222 W. 7th Ave., #4
Anchorage, Alaska, 99513-7564

Legal Mail

SANTA BARBARA CA 931 1 T
13 JUL 2007 PM

9351347564


