## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

<u>UNITED STATES OF AMERICA</u>   v.   <u>ARTHUR LEON HOLLIS</u>

THE HONORABLE H. RUSSEL HOLLAND

DEPUTY CLERK                              CASE NO.  <u>3:04-cr-00140-HRH</u>

<u>Linda Christensen</u>

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**        DATE: July 18, 2007

    On November 10, 2005, judgment was entered against Arthur Leon Hollis in this criminal case.[1]  Mr. Hollis appealed, through counsel, and his conviction and sentence was affirmed on appeal in an order received by this Court on July 13, 2007.[2]  Mr. Hollis filed a "request for witness written and/or recorded pre-trial statements in accordance with 18 USCS § 3500(b)," dated July 12, 2007, which was received by this Court on July 16, 2007.[3]

    Section 3500 of Title 18 deals with producing statements and reports of witnesses in a criminal prosecution.  However, Mr. Hollis is no longer being prosecuted in this Court and there is no matter currently before the Court in this case.  Therefore, his request must be denied.[4]  This case is CLOSED.

    IT IS SO ORDERED.

---

    [1]  *See* Docket No. 109.

    [2]  *See* Docket Nos. 109A, 115, 116, 118, 131-33.

    [3]  *See* Docket No. 134.

    [4]  Mr. Hollis may have wanted a statement or recording for use on appeal, but his appeal has now been resolved.

[hollis motion.wpd]{IA.WPD*Rev.12/96}