**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>                    Plaintiff,<br>       vs.<br><br>ARTHUR HOLLIS,<br><br>                    Defendant. | 3:04-cr-00140-HRH-JDR<br><br>**ORDER**<br>**SCHEDULING**<br>**EVIDENTIARY HEARING** |

       In his latest pleading, Final Argument at Docket 246, defendant Arthur Hollis requests the court to set an evidentiary hearing to allow certain material to be discovered relating to his pending motion to vacate. *Id.* at p.20. Considering the state of the evidence presently adduced the court grants an evidentiary hearing to be limited as follows:

       (1) Any benefit or quid-pro-quo promised the confidential informant Ward, including his potential

treatment for prosecution or sentence as a result of his cooperating and/or testifying in the Hollis trial.

(2) Any debriefing reports of Ward's illegal activities contained in law enforcement records limited to Ward's criminal activity occurring between April 2004 up to the time Ward testified at the Hollis trial. This relates to reports existing before the conclusion of the Hollis trial.

(3) Any investigative reports of Ward regarding his drug dealing during his cooperation with the government during the investigation of other persons in the period between May and September 2004.

The limited Evidentiary Hearing is hereby scheduled for Friday, September 22, 2011 at 9:30 A.M. Defendant's counsel to prepare and submit the necessary motion for issuance of writ of habeas corpus ad testificandum forthwith to allow for timely transportation of defendant.

DATED this 5th day of August, 2011, at Anchorage, Alaska.

    /s/ John D. Roberts
JOHN D. ROBERTS
United States Magistrate Judge