# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br>vs.<br><br>ARTHUR HOLLIS,<br><br>　　　　　　Defendant. | 3:04-cr-140-HRH-JDR<br><br>**FINAL RECOMMENDATION REGARDING MOTION TO VACATE § 2255**<br><br>(Docket No. 136/166) |

　　　　　In a recommendation filed At Docket 400, I advised that defendant Hollis's Motion to Vacate (§ 2255) be denied. The defendant timely filed objections reasserting his claims and arguments at Docket No. 404. The government declined to file a response. After careful review of the objections, I decline to modify the original recommendation. Accordingly, this matter will be forwarded to the assigned district judge for his determination.

　　　　　DATED this 9th day of September, 2013, at Anchorage, Alaska.

　　　　　　　　　　　　　　　　　　　　_/s/ John D. Roberts_
　　　　　　　　　　　　　　　　　　　　JOHN D. ROBERTS
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge